1

2

3

4

5                                   JS-6

6

7

8

9                 UNITED STATES DISTRICT COURT

10                CENTRAL DISTRICT OF CALIFORNIA

11

12   BRIAN C. DUBRIN,                )   Case No. CV 10-1032 CJC(JC)
                                     )
13                                   )   JUDGMENT
                    Petitioner,      )
14                                   )
            v.                       )
15                                   )
                                     )
16   DAVE DAVEY,                     )
                                     )
17                                   )
                    Respondent.      )
18   _____

19        Pursuant to this Court's Order Accepting Findings, Conclusions and

20   Recommendations of United States Magistrate Judge,

21        IT IS ADJUDGED that (1) the Petition for Writ of Habeas Corpus by a

22   Person in State Custody filed in the instant action ("2010 Petition") is granted to

23   the extent it requests specific performance of the plea agreement term in Los

24   Angeles County Superior Court Case No. KA-046040 ("2000 State Case") – that

25   such 2000 conviction would not qualify, or be used as a strike by virtue of

26   Proposition 21 – and this matter is remanded to the San Bernardino County

27   Superior Court ("SBSC") to resentence petitioner accordingly in SBSC Case No.

28   FCH07697 within ninety (90) days of the entry of this Judgment or final decision

on any appeal therefrom, plus any additional delay authorized under State law; and (2) the Petition for Writ of Habeas Corpus by a Person in State Custody filed in Case No. EDCV 12-1578, which has been consolidated with the instant action, is denied and dismissed with prejudice.

IT IS SO ADJUDGED.

DATED: September 29, 2017

_____

HONORABLE CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE